| | |
|---|---|
| MATTHEW ANDREW DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>STEWARD SHERMAN, et al.,<br><br>Defendants. | Case No. 1:18-cv-01628-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 12, 13) |

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Matthew Andrew Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.[1] This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2019, Plaintiff filed a document titled, "Order Directing Defendants to Place Compensatory, Punitive, Reliancce, Past Damages, Consquenial, Nominal, Future, and Treble Damages/Awards – Into a Bank Near Corcoran Prison that Plaintiff Mr. Matthew Davis Can Call or Write to Access His Funds." (ECF No. 12 (unedited text).)

---

[1] As noted in the Magistrate Judge's December 28, 2018 screening order, Plaintiff asserts that he is visually impaired and requires large print documents in order to be able to read. As an accommodation, the Court is providing this order in large print.

1

On March 20, 2019, the Magistrate Judge liberally construed Plaintiff's filing as a motion for a preliminary injunction and issued Findings and Recommendation recommending that Plaintiff's motion for a preliminary injunction be denied. (ECF No. 13.) The Findings and Recommendation were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service of the Findings and Recommendation. (Id. at 4.) More than fourteen days have passed since the Findings and Recommendation were served and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's Findings and Recommendation are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on March 20, 2019, (ECF No. 13), are adopted in full;
2. Plaintiff's motion for a preliminary injunction, (ECF No. 12), is DENIED; and
3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 16, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE